UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **STUART KINGOFF,** | : | Case No. |
| Plaintiff, | : | |
| | : | ELECTRONICALLY FILED |
| v. | : | |
| **CREDIT MANAGEMENT COMPANY,** | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## PETITION FOR REMOVAL PURSUANT TO 28 U.S.C. § 1446

Defendant Collection Management Company d/b/a Credit Management Company ("CMC"), by and through its counsel, Cohen Seglias Pallas Greenhall & Furman, P.C., respectfully removes to this Court the state court action described below:

1. On October 12, 2022, Plaintiff, Stuart Kingoff ("Plaintiff"), commenced an action in the Supreme Court of New York, County of Rockland, by filing a complaint ("Complaint") at Index No. 034343/2022, captioned: *Stuart Kingoff, on behalf of himself and all others similarly situated v. Credit Management Company and John Does 1-10* ("State Court Action"). A copy of the Complaint is attached hereto as **Exhibit "A"**. No other pleadings have been filed in this action. There are no other parties to the State Court Action.

2. CMC hereby removes the case to this Court pursuant to 28 U.S.C. Section 1441(a).

3. The Complaint alleges, among other things, violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* ("FDCPA").

4.  This is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 as a civil action involving a federal question.

5.  The Complaint has not yet been served on CMC. In this regard, the Complaint was apparently served by Plaintiff upon the New York Secretary of State on October 19, 2022 per § 306 of the New York Business Law. A copy of the Affidavit of Service filed in the State Court Action on October 19, 2022, is attached hereto as **Exhibit "B"**.

6.  However, neither CMC nor its registered agent for service of process in the State of New York, Corporation Service Company ("CSC"), has been provided with a copy of the Complaint by the New York Secretary of State. Rather, Plaintiff's counsel provided CMC with a "courtesy copy" via facsimile on November 15, 2022. A copy of the facsimile coversheet accompanying the Complaint provided by Plaintiff's counsel to CMC on November 15, 2022, is attached hereto as **Exhibit "C"**.

7.  This Notice of Removal has been filed in a timely fashion within the time period required under 28 U.S.C. Section 1446. *See Cotter v. Milly LLC*, No. 09 Civ. 04639(PGG), 2010 WL 286614, *4 (S.D.N.Y. Jan. 22, 2010) (where service is made on a statutory agent such as the Secretary of State, a defendant's time to remove runs, not from the date of service on the statutory agent, but from the date on which the defendant receives notice that such service has been made, provided however, that the failure to actually receive the notice does not result from some dereliction on the part of the defendant); *Grello v. J.C. Penny Corp.*, No. 03 Civ. 8245(CSH), 2003 WL 22772397, at *2 (S.D.N.Y. Nov. 21, 2003); *Rowland v. Giftcertifications.com, Inc.*, 195 F.Supp.2d 509, 512-13 (S.D.N.Y. 2002).

8.  Concurrently with this filing, CMC provided written notice of the filing of this Notice of Removal to the Plaintiff as required by 28 U.S.C. Section 1446(d) and will file a copy

of this Notice of Removal with the Supreme Court of New York, County of Rockland, as further required by Section 1446(d).

WHEREFORE, Defendant Collection Management Company d/b/a Credit Management Company respectfully requests that the State Court Action now pending against it in the Supreme Court of New York, County of Rockland, be removed to this court.

Dated:  December 14, 2022
        New York, NY

**COHEN, SEGLIAS, PALLAS GREENHALL & FURMAN, P.C.**

/s/ Edward D. Altabet
Edward D. Altabet
55 Broadway, Suite 901
New York, New York 10006
212.871.7400
ealtabet@cohenseglias.com

*Attorneys for Defendant Collection Management Company d/b/a Credit Management Company*

3

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing Notice of Removal was served on this 14th day of December, 2022, by U.S. first class mail, postage prepaid, and email, upon the following:

Simon Goldenberg
Law Office of Simon Goldenberg PLLC
818 East 16th Street
Brooklyn, NY 11230
Simon@Goldenbergfirm.com

Francis R. Greene
Thomasson PLLC
16414 San Pedro Ave.
Suite 700
San Antonio, TX 78232-2272
Francis@Thomassonpllc.com

/s/ Edward D. Altabet
Edward D. Altabet

4